# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARIA DELOSANGELES RUIZ,

    Plaintiff,

  v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security
Administration,

    Defendant.

Case No. EDCV 15-01378-JVS (JEM)

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

   **IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's decision to deny Social Security Disability Insurance benefits to Plaintiff and DISMISSING this action with prejudice.

DATED: June 24, 2016

             JAMES V. SELNA
          UNITED STATES DISTRICT JUDGE