# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DELOSANGELES RUIZ, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, <br><br> Defendant. | Case No. EDCV 15-01378-JVS (JEM) <br><br> J U D G M E N T |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED with prejudice.

DATED: June 24, 2016

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE